IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JOSEPH VIGIL, JR., Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 2:15-cv-01200-JFC |
| v. | ) ) Honorable Joy Flowers Conti ) |
| KLX ENERGY SERVICES and BULLDOG FRAC RENTALS LLC | ) ) ) |
| Defendants. | ) |

**ORDER APPROVING SETTLEMENT AND ENTRY OF
FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE**

Pending before the Court is the parties' Joint Motion for Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice (hereinafter, the "Motion"). Having considered the parties' Motion, and finding that the Parties' settlement is a fair and equitable compromise of a bona fide dispute pursuant to the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, and North Dakota's wage and hour laws, the Court determines that the parties' Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the parties' settlement is approved and that this action is dismissed in its entirety, with prejudice.

_____
Joy Flowers Conti
United States District Judge